NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

JAMES TYLER HARWOOD, *Petitioner*.

No. 1 CA-CR 15-0863 PRPC
FILED 7-6-2017

Petition for Review from the Superior Court in Mohave County
No. S8015CR201301389
The Honorable Derek C. Carlisle, Judge

**REVIEW DENIED**

COUNSEL

Mohave County Attorney's Office, Kingman
By Matthew J. Smith
*Counsel for Respondent*

James Tyler Harwood, Florence
*Petitioner*

**MEMORANDUM DECISION**

Judge Maria Elena Cruz delivered the decision of the Court, in which
Presiding Judge Randall M. Howe and Judge Peter B. Swann joined.

**C R U Z**, Judge:

**¶1**         Petitioner James Tyler Harwood petitions this court for review from the superior court's order filed September 16, 2015, summarily dismissing his petition for post-conviction relief of-right, filed July 9, 2015. We deny review in this case.  Harwood has already sought review of this same order in *State v. Harwood*, 1 CA-CR 15-0723 PRPC, which is currently pending before this court and will be considered in due course.  The denial of review in this matter is without prejudice to our consideration of any issue or argument properly presented for review in 1 CA-CR 15-0723 PRPC.



AMY M. WOOD • Clerk of the Court
FILED:  AA